I was at the Quality Inn & Suites and the US Marshals were at the door which was not in my name or Jeremy Franks name which is who the US Marshals officer was looking for and I was on pre-trial release and they had known that I was there and came and asked about Jeremy Frank and where he was at and then I asked him if I was done being questioned and he said yes and I went to go back into the hotel room and they slammed me up against the wall and said I had a warrant for my arrest. I had been compliant with the officers and my pre-trial release and they wrongfully arrested me on 2-29-24 and I was in jail til after court the next day 3-1-24 and was charged with a Class 3 Felony Fail to Report Address and was fighting that case until the State had dismissed the charge. Also when I asked for my FOIA request from that day on 2-29-24 there is no records of Tyler Walker in the City of Bloomington for that day and I'm being told there is no body cams footage from the arrest and I'm pursuing the violation of my rights to be wrongfully arrested and the police being in violation of the Body Cam Act and I am seeking compensation for my pain & suffering.

FILED
APR 28 2025
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Tyler Walker #100411015
104 W. Front St
Bloomington, Illinois



CHAMPAIGN IL 618
25 APR 2025 PM 5 L

61802-334868

Legal mail

United States Dis. Court
Urbana Division
201 S. Vine St
Room 218
61802