UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
201 S. VINE ST.
ROOM 218
URBANA, ILLINOIS 61802-3348

OFFICIAL BUSINESS

RTS

CHAMPAIGN IL 618
29 APR 2025 PM 5 L

FILED
MAY - 8 2025
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

$0.97
US POSTAGE IMI
FIRST-CLASS
063S0008089197
FROM 61801

Tyler Walker, 1041015
McLean County Detention Facility
104 ___ St, Rm ___
PO Box ___
Bloomington, IL 61701

XRTS

NOT HERE
25-1163
#2
4/28/25 H6